BEFORE THE SECOND DIVISION, MARCH 31, 1944

**No. 49303.**—Protest 107980–K of Morris Shoenthal, Inc. (New York).

Opinion by TILSON, J. The record showed that the items in question are similar in all material respects to those involved in *United States* v. *Armand Schwab* (30 C. C. P. A. 72, C. A. D. 218). In accordance therewith the protest was sustained to this extent.

**No. 49304.**—Protests 97600–K, etc., of Ino Merchandise Co. et al. (San Francisco and St. Louis).

Opinion by TILSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 49305.**—Protests 840335–G, etc., of American Decorative Flower Co. et al. (Baltimore, etc.).

Opinion by TILSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE THIRD DIVISION, MARCH 31, 1944

**No. 49306.**—Protests 994359–G, etc., of Arnold Baker Co. et al. (Duluth).

Opinion by EKWALL, J. It is claimed in the pleadings that the liquidations were illegal and void in that the collector did not designate for examination nor did the appraiser examine the number of packages required by the statute, section 2901 of the Revised Statutes then in effect, carried into the tariff acts of 1922 and 1930 as section 499. The testimony in the case at bar fully supported the allegations in the pleadings, and the record in *Davis* v. *United States* (T. D. 49012) was incorporated. On the record thus made it was held that the appraisements were null and void and the liquidations based thereon were invalid. Duty should have been assessed upon the entered values. The plaintiffs' claim was therefore sustained. *United States* v. *Tower* (24 C. C. P. A. 456, T. D. 48912) cited.